No. 15-2056

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**G.G., by his next friend and mother, Deirdre Grimm,**

Appellant,

v.

**Gloucester County School Board,**

Appellee.

On Appeal from the United States District Court
for the Eastern District of Virginia
Newport News Division

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANT

| | |
|---|---|
| Jennifer Levi | Thomas M. Hefferon |
| Gay & Lesbian Advocates & Defenders | GOODWIN PROCTER LLP |
| 30 Winter Street, Ste 800 | 901 New York Avenue NW |
| Boston, MA 02108 | Washington, DC  20001 |
| Tel.: 617.426.1350 | Tel.:  202.346.4000 |
| | Fax:  202.346.4444 |

Dated:      October 28, 2015      Attorneys for *Amici Curiae*

Shannon Minter
Asaf Orr
National Center for
  Lesbian Rights
870 Market Street, Ste 370
San Francisco, CA 94102
Tel.: 415.392.6257

Mary K. Dulka
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

Christine Dieter
Jaime A. Santos
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109-2802
Tel.: 617.570.1000
Fax: 617.523.1231

Appeal: 15-2056      Doc: 23          Filed: 10/28/2015      Pg: 2 of 7

Pursuant to Federal Rule of Appellate Procedure 29, the World Professional Association for Transgender Health; Pediatric Endocrine Society; Child and Adolescent Gender Center Clinic at UCSF Benioff Children's Hospital; Center for Transyouth Health and Development at Children's Hospital Los Angeles; Gender & Sex Development Program at Ann & Robert H. Lurie Children's Hospital of Chicago; Fan Free Clinic; Whitman-Walker Clinic, Inc.; GLMA: Health Professionals Advancing LGBT Equality; Transgender Law and Policy Institute; Norman Spack, MD; and Michelle Forcier, MD (the "Proposed Amici") move for leave to file the accompanying amicus brief in support of Appellant G. Appellant G. has consented to the filing of this amicus brief. Appellee Gloucester County School Board does not oppose this motion for leave to file an amicus brief.

### A.     Interest of Amici Curiae

As discussed in greater depth in the accompanying amicus brief at pages 1-8, the Proposed Amici are healthcare professionals, including hospitals, physicians, nurses, psychologists, and social workers, who have particular expertise in child and adolescent development. The Proposed Amici have decades of experience providing support and healthcare to transgender individuals, including transgender adolescents. They are committed to developing the best practices and supportive policies to promote health, research, education, respect, dignity, and equality for transgender people in all settings. To that end, the Proposed Amici have an interest

3

in ensuring that legal decisions affecting the health and wellbeing of transgender people, and adolescents in particular, are consistent with current medical, scientific, and psychological understanding and consensus.

### B.     Reasons for Granting Leave to File

Leave to file an *amicus curiae* brief should be granted if the brief is "desirable" and "the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(b)(2). The proposed brief meets this standard.

An issue of central importance in this case is whether the Gloucester County School Board's policy of denying G. access to the boys' restroom, as recommended by his medical healthcare provider and permitted by his school, treated him unequally and denied him equal access to educational opportunities. This Court should grant the Proposed Amici leave to file an amicus brief because the Proposed Amici are well suited to bring to the Court's attention the critical aspects of adolescent development that demonstrate the harm caused to G. by the school board's exclusionary restroom policy. They are also well qualified to describe the medical consensus surrounding the appropriate support needed to foster the healthy development of transgender adolescents, support that is consistent with the treatment provided by G.'s medical healthcare provider and with the expert medical declaration filed in the district court. The proposed amicus brief will help this Court to understand why the district court erred in not crediting

the medical evidence submitted below and in misperceiving the discriminatory and harmful impact on G. of the school board's decision.

The Proposed Amici's amicus brief will aid the Court in its review of the district court's decision. The Proposed Amici therefore respectfully request that the Court grant them leave to file the accompanying amicus brief.

Respectfully submitted,

By their attorneys,

| | |
|---|---|
| Jennifer Levi<br>Gay & Lesbian Advocates &<br>Defenders<br>30 Winter Street, Ste 800<br>Boston, MA 02108<br>Tel.: 617.426.1350 | /s/ Thomas M. Hefferon<br>Thomas M. Hefferon<br>GOODWIN PROCTER LLP<br>901 New York Avenue NW<br>Washington, DC  20001<br>Tel.: 202.346.4000<br>Fax:  202.346.4444 |
| Shannon Minter<br>Asaf Orr<br>National Center for<br>Lesbian Rights<br>870 Market Street, Ste 370<br>San Francisco, CA 94102<br>Tel.: 415.392.6257 | Mary K. Dulka<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: 212.813.8800<br>Fax:  212.355.3333 |
| | Christine Dieter<br>Jaime A. Santos<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA 02109-2802<br>Tel.: 617.570.1000 |
| Dated:   October 28, 2015 | Fax:  617.523.1231 |

# CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Joshua A. Block<br>Direct: 212-549-2593<br>Email: jblock@aclu.org<br>Leslie Cooper<br>Direct: 212-549-2627<br>Email: LCooper@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION<br>18th Floor<br>125 Broad Street<br>New York, NY 10004-2400<br><br>Counsel for Plaintiff - Appellant<br>G. G., by his next friend and mother, Deirdre Grimm | Gail Marie Deady<br>Direct: 804-523-2154<br>Email: gdeady@acluva.org<br>Rebecca Kim Glenberg<br>Direct: 804-644-8080<br>Email: rglenberg@acluva.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA<br>Suite 1412<br>701 East Franklin Street<br>Richmond, VA 23219-0000<br><br>Counsel for Plaintiff - Appellant<br>G. G., by his next friend and mother, Deirdre Grimm |
| Jeremy David Capps<br>Direct: 804-762-8030<br>Email: jcapps@hccw.com<br>David Patrick Corrigan<br>Direct: 804-747-5200<br>Email: dcorrigan@hccw.com<br>Maurice Scott Fisher, Jr.<br>Direct: 804-622-1150<br>Email: sfisher@hccw.com<br>HARMAN, CLAYTOR, CORRIGAN & WELLMAN<br>P. O. Box 70280<br>Richmond, VA 23255-0000<br><br>Counsel for Defendant - Appellee<br>GLOUCESTER CNTY. SCHOOL BD. | |

| | |
|---|---|
| Victoria Lill<br>Direct: 202-514-4092<br>Email: victoria.lill@usdoj.gov<br>U. S. DEPARTMENT OF JUSTICE<br>Ed Opportunities<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Clare Patricia Wuerker<br>Direct: 757-441-6361<br>Email: clare.wuerker@usdoj.gov<br>OFFICE OF THE UNITED STATES ATTORNEY<br>8000 World Trade Center<br>101 West Main Street, Suite 8000<br>Norfolk, VA 23510-1624 |

/s/ Thomas M. Hefferon
Thomas M. Hefferon